DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

WILLIE JUNIOR BROWN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0915

_____

July 15, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Gregory G. Green, Judge.

Willie Junior Brown, pro se.

PER CURIAM.

Affirmed.

LUCAS, C.J., and MORRIS and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.